**J. S. DUNN v. ARMOR INSULATING COMPANY, a corporation; OR-LANDO ICE DELIVERY COMPANY, a corporation; and AT-LANTIC COMPANY, a corporation.**

.32 So. (2nd) 742                      June Term, 1947
November 14, 1947                        Division A
    Affirmed.

**FRANCIS MURPHY v. STATE OF FLORIDA**

.32 So. (2nd) 742 (3 cases)             June Term, 1947
November 18, 1947                        Division A
    Affirmed.

**FRANCIS MURPHY v. STATE OF FLORIDA**

32 So. (2nd) 742                       June Term, 1947
November 18, 1947                        Division B
    Affirmed.

**FRANCIS MURPHY v. STATE OF FLORIDA**

.32 So. (2nd) 742                      June Term, 1947
November 18, 1947                        Division B
    Affirmed.

**J. B. EVANS v. GEORGE S. MORIKAMI**

.32 So. (2nd) 742                      June Term, 1947
November 18, 1947                        Division A
    Affirmed.

**FRANCES ALDERSON BENTLEY v. LENWOOD LEVI BENTLEY**

32 So. (2nd) 742                       June Term, 1947
November 21, 1947                    Special Division B
    Affirmed.